UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| WALTER E. LANDI | ) | CASE NO. 5:24-CV-01898 |
| Plaintiff, | ) ) ) | JUDGE JOHN R. ADAMS |
| vs. | ) ) | |
| THE TIMKEN COMPAY | ) ) | **ORDER OF DISMISSAL** |
| Defendant. | ) ) ) ) | |

    The parties filed a joint motion for approval of their settlement and to dismiss the complaint with prejudice.  Doc. 17.  Upon review, the Court finds the settlement to be fair and reasonable of a bona fide dispute under the FLSA.  Per the parties' request, the docket will be marked "settled and dismissed with prejudice." This Court retains jurisdiction over the settlement.

    IT IS SO ORDERED.

DATED: **April 17, 2025**                               */s/ John R. Adams*
                                                                 Judge John R. Adams
                                                                 UNITED STATES DISTRICT COURT